UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

              Plaintiff,

v.               Case No. **19-CR-197**

KARON K. CARTER,

              Defendant.     [Title 18, United States Code, Section 641]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about October 30, 2015, in the State and Eastern District of Wisconsin,

**KARON K. CARTER**

knowingly and willfully converted to her own use money belonging to the United States and a department and agency thereof, namely Social Security Title XVI Supplemental Security Income benefits in the amount of approximately $733.

In violation of Title 18, United States Code, Section 641.

_for_ MATTHEW D. KRUEGER
United States Attorney

Date: 11/12/19